AO 442 (Rev. 12/85) Warrant for Arrest

AUSA Mark Frazier

**FILED**

# United States District Court

July 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ NW
DEPUTY

Western          DISTRICT OF          Texas

---

UNITED STATES OF AMERICA
V.
**Jarrison BLADOVINO-Melano**
**Aka: Jarrison Jovanniy MELANO**
**Aka: Yabanni MERLANO**

**WARRANT FOR ARREST**

CASE NUMBER:          **W25-204M**

11835483

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          **Jarrison BLADOVINO-Melano**
**Aka: Jarrison Jovanniy MELANO**
**Aka: Yabanni MERLANO**

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Failure to Personally Possess Registration Form

Failure to Notify Change of Address

In violation of Title ___8___ United States Code, Section(s) __1304(e)__

In violation of Title ___8___ United States Code, Section(s) __1306(b)__

Derek T. Gilliland
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_Derek T. Gilliland_
Signature of Issuing Officer

July 17, 2025    Waco, Texas
Date and Location

Bail fixed at $ ___NO BOND___          by   DEREK T. GILLILAND, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Belton, TX _____ |

| DATE RECEIVED 7/17/25 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/17/25 | Joe Bays, DUSM | _Joe Bays_ |

FOR: WACO TX, ICE